**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND, | CASE NO.: 2:15-cv-01998-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF JOHN L. HEINAMAN WITHOUT PREJUDICE** |
| vs. | |
| HEINAMAN CONTRACT GLAZING, INC., a California corporation; JOHN L. HEINAMAN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, | Date: N/A
Time: N/A |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND ("Plaintiff" or "Trust") and Defendant JOHN L. HEINAMAN ("Defendant" or "J. Heinaman"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1. Defendant J. Heinaman and all claims asserted against J. Heinaman in this action are dismissed without prejudice; and

2. Each party shall bear its own attorney's fees and costs.

**ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED and done this ____ day of _____, 20___.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 26, 2016.

CHRISTENSEN JAMES & MARTIN

By: /s/ _____
Wesley J. Smith, Esq.
Attorneys for Plaintiff Southern Nevada Glaziers & Fabricators Pension Trust

Dated: January ___, 2016.

JOHN L. HEINAMAN

_____

Approved as to Form and Content:

Dated: January ___, 2016.

SHULMAN HODGES & BASTIAN, LLP

By:_____
James C. Bastian, Esq.
Attorneys for Defendants Heinaman Contract Glazing, Inc. and John L. Heinaman

**ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED and done this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January ___, 2016.

CHRISTENSEN JAMES & MARTIN

By: _____
Wesley J. Smith, Esq.
Attorneys for Plaintiff Southern Nevada
Glaziers & Fabricators Pension Trust

Dated: January ___, 2016.

JOHN L. HEINAMAN

_____

Approved as to Form and Content:

Dated: January 16, 2016.

SHULMAN HODGES & BASTIAN, LLP

By: _____
James C. Bastian, Esq.
Attorneys for Defendants Heinaman
Contract Glazing, Inc. and John L.
Heinaman

## ORDER

Good cause appearing, IT IS SO ORDERED.

DATED and done this __1__ day of February 20 __16__.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January ___, 2016.

CHRISTENSEN JAMES & MARTIN

By: _____
Wesley J. Smith, Esq.
Attorneys for Plaintiff Southern Nevada Glaziers & Fabricators Pension Trust

Dated: January 26, 2016.

JOHN L. HEINAMAN

_____

Approved as to Form and Content:

Dated: January ___, 2016.

SHULMAN HODGES & BASTIAN, LLP

By:_____
James C. Bastian, Esq.
Attorneys for Defendants Heinaman Contract Glazing, Inc. and John L. Heinaman