**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>HEINAMAN CONTRACT GLAZING, INC., a California corporation; JOHN L. HEINAMAN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01998-GMN-GWF<br><br>**STIPULATION AND ORDER TO STAY CASE AS AGAINST AMERICAN CONTRACTORS INDEMNITY COMPANY**<br><br>Date: N/A<br>Time: N/A |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND ("Plaintiff" or "Trust") and Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY ("Defendant" or "ACIC"), as follows:

1. ACIC acknowledges that it was served with a copy of the Summons and Complaint in this action on October 26, 2015;

2. By agreement with the Plaintiff, ACIC has not yet filed an answer, responsive pleading, or otherwise appeared in this action;

3. ACIC acknowledges that a Judgment by Confession ("Judgment") will be entered against its bond principal, Heinaman Contract Glazing, Inc., in favor of the Plaintiff;

4. ACIC also acknowledges that Plaintiff has agreed to stay enforcement and execution on the Judgment for a period of time, pursuant to the terms of the Judgment ("Execution Stay");

5. The claims against ACIC shall be stayed for a period equal to the Execution Stay and ACIC shall have no obligation to appear, answer or otherwise respond to the Complaint while the Execution Stay is in effect;

6. ACIC reserves all rights, claims, and defenses in this action.

7. Plaintiff will provide ACIC with Notice in the event that the Execution Stay expires or is otherwise lifted; and

8. ACIC shall have twenty one (21) days to file an answer or other response to the Complaint following Notice from the Plaintiff that the Execution Stay has expired or has been otherwise lifted.

**ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED and done this __1__ day of February, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

[PARTY SIGNATURES FOLLOW]

| | |
|---|---|
| Dated: January ___, 2016. | Dated: January _11_, 2016. |
| CHRISTENSEN JAMES & MARTIN | AMERICAN CONTRACTORS INDEMNITY COMPANY |
| By: _____<br>Wesley J. Smith, Esq.<br>Attorneys for Plaintiff Southern Nevada<br>Glaziers & Fabricators Pension Trust | By: _/s/ Ivette Nuñez_____<br>Ivette Nuñez<br>Bond Claims Litigation Representative<br>On Behalf of American Contractors Indemnity Company<br>601 S. Figueroa Street Suite 1600<br>Los Angeles, CA 90017-5721<br>Telephone: (310) 649-0990 Ext 1132<br>Email: inunez@hccsurety.com |

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

| | |
|---|---|
| Dated: January 11, 2016.<br><br>CHRISTENSEN JAMES & MARTIN<br><br>By: /s/ Wesley J. Smith<br>Wesley J. Smith, Esq.<br>Attorneys for Plaintiff Southern Nevada Glaziers & Fabricators Pension Trust | Dated: January ___, 2016.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY<br><br>By:_____<br>Ivette Nuñez<br>Bond Claims Litigation Representative<br>On Behalf of American Contractors Indemnity Company<br>601 S. Figueroa Street Suite 1600<br>Los Angeles, CA 90017-5721<br>Telephone: (310) 649-0990 Ext 1132<br>Email: inunez@hccsurety.com |

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871