UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND,<br><br>        Plaintiff,<br>  vs.<br><br>HEINAMAN CONTRACT GLAZING, INC., a California corporation; JOHN L. HEINAMAN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>        Defendants. | Lead Case No.: 2:15-cv-01998-GMN-GWF<br><br>Member Case No.: 2:17-cv-01330-JAD-GWF<br><br>**ORDER CONSOLIDATING CASES** |
| THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND,<br><br>        Plaintiff,<br>  vs.<br><br>HEINAMAN CONTRACT GLAZING, INC., a California corporation; JOHN L. HEINAMAN, an individual; TOM T. HOWHANNESIAN, an individual; RICK K. DONATH, an individual; VERONICA BOWEN, an individual; ISABELLE LOHRKE, an individual,<br><br>        Defendants. | |

On October 15, 2015, Case No. 2:15-cv-01998-GMN-GWF was filed in this Court, and on May 10, 2017, Case No. 2:17-cv-01330-JAD-GWF was filed in this Court. Because both cases involve the same dispute between Plaintiff and Defendant Heinaman Contract Glazing, Inc., regarding the same labor agreements and ERISA causes of action, the presiding District Judges in both of these actions have determined that these actions are related and that there is good cause to consolidate them under the same District Judge and Magistrate Judge. Further, consolidation will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Therefore,

**IT IS HEREBY ORDERED** that Case No. 2:15-cv-01998-GMN-GWF and Case No. 2:17-cv-01330-JAD-GWF are **CONSOLIDATED**, with Case No. 2:15-cv-01998-GMN-GWF to serve as the Lead Case and the other case serving as the Member Case. All further documents shall be filed in the Lead Case 2:15-cv-01998-GMN-GWF and shall bear that case number.

**IT IS FURTHER ORDERED** that Clerk of Court shall **REASSIGN** Case No.: 2:17-cv-01330-JAD-GWF to District Judge Gloria M. Navarro, and Magistrate Judge George W. Foley, for all further proceedings.

**DATED** this  10    day of October, 2017.

_____
GLORIA M. NAVARRO, Chief Judge
United States District Court

**DATED** this  10th   day of October, 2017.

_____
JENNIFER A DORSEY
United States District Judge