# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE SOUTHERN )
NEVADA GLAZIERS AND FABRICATORS )
PENSION TRUST FUND, )
)
         Plaintiff, )   Case No. 2:15-cv-01998-GMN-GWF
)
vs. )   **ORDER**
)
JOHN L. HEINAMAN, *et al.*, )
)
         Defendants. )
_____ )

      This matter is before the Court on Defendant Tom T. Howhannesian and Defendant John L. Heinaman's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant Howhannesian and Defendant Heinaman filed their Answers (ECF Nos. 24, 25) in this matter on November 27, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendants have failed to comply. Accordingly,

      **IT IS ORDERED** that Defendant shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **December 29, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 18th day of December, 2017.

                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge