UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE )
SOUTHERN NEVADA )
GLAZIERS AND FABRICATORS ) Case No.: 2:15-cv-01998-GMN-GWF
PENSION TRUST FUND, )
)  **ORDER OF DISMISSAL BY COURT FOR**
Plaintiff, ) **WANT OF PROSECUTION**
vs. )
)
JOHN L HEINAMAN, *et al.*, )
)
Defendants. )

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this ___6___ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Page 1 of 1